FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2018
CENTRAL DISTRICT OF CALIF.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

United African-Asian Abilities Club; 011 UAAC Member,

    Plaintiffs,

v.

ISAAC E. WEIZER, Trustee, et al.,

    Defendants.

Case No. CV 17-6610-E

**ORDER OF DISMISSAL**

The Court ordered Plaintiffs to show cause in writing, not later than January 3, 2018, why this action should not be dismissed for lack of prosecution. To date, Plaintiffs have filed no response.

Consequently, the Court ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution as to all defendants and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

Dated: Jan 10 2018

    VIRGINIA A. PHILLIPS
    Chief United States District Judge